**JS-6**

STEPHEN M. HARBER, STATE BAR #119830
SHERRY H. LAWRENCE, STATE BAR #151795
MCCUNE & HARBER, LLP
515 South Figueroa Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 689-2500 | Facsimile: (213) 689-2501
Email: sharber@mccuneharber.com; slawrence@mccuneharber.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GARINE DEPOYAN, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a business form unknown; and DOES 1 to 50,<br><br>  Defendants. | Case No: CV 25-2939-GW-RAOx<br>Assigned to Honorable George H. Wu / Magistrate Judge Rozella A. Oliver (Complaint filed onFebruary 18, 2025)<br><br>**ORDER OF STIPULATION OF DISMISSAL**<br><br>Trial Date:  March 31, 2026 |

**ORDER**

Having considered the Parties' Stipulation Re Request for Dismissal and finding that good cause exists, this Court orders that:

1.  With good cause, Plaintiff's Case No. 2:25-cv-02939-GW (RAOx) is DISMISSED with prejudice.

**DATED: January 12, 2026**

_____
**HON. GEORGE H. WU,**
**United States District Judge**

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

-1-

30900178